

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00701-CR

Matthew **JOINER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10594
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We further DENY Appellant Matthew Joiner's Motion for Leave to file Appellant's Traverse Motion to Appellee's Brief filed on June 18, 2018. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001) (holding appellants do not have right to hybrid representation).

SIGNED August 15, 2018.

_____
Patricia O. Alvarez, Justice